UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILSON POWELL FLYNT,

    Plaintiff,

v.                                                 CASE NO. 3:25-cv-522-WWB-SJH

USAA CASUALTY INSURANCE
COMPANY, et al.,

    Defendants.
_____/

## **ORDER**

    Plaintiff sued Defendants in state court, and Defendant USAA Casualty Insurance Company removed to this Court invoking diversity jurisdiction under 28 U.S.C. § 1332. *See* Doc. 1. In pertinent part, Rule 7.1 of the Federal Rules of Civil Procedure ("Rule(s)") requires all parties in a diversity action to file a disclosure statement naming, and identifying the citizenships of, each individual or entity whose citizenship is attributed to that party. *See* Fed. R. Civ. P. 7.1(a)(2).

    This Court has prepared a standard form that, if completed properly, complies with the requirements of Rule 7.1 and provides to the assigned district judge and magistrate judge information concerning potential conflicts. Local Rule 3.03 requires each party to file this form, available in the "forms" section of the Court's website, www.flmd.uscourts.gov, with its first appearance. While Plaintiff used the correct form, such was not properly completed. Doc. 24.

    In response to Question 2, Plaintiff incorrectly stated "No" to the question of

whether this is a diversity action based on either 28 U.S.C. § 1332(a) or § 1332(d) (in this case, the former). *Id.* at 1. As a result, Plaintiff has failed to provide "the name and citizenship of each person or entity whose citizenship is attributed to the filer[.]" *Id.* at 2. That is insufficient.

In addition, despite having not provided the necessary information to identify Plaintiff's citizenship, Plaintiff then responded that Plaintiff had identified a corporation and identified its citizenship in accord with 28 U.S.C. § 1332(c)(1) (Question 2(e)) and had identified a natural person and identified its citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence (Question 2(f)). *Id.* at 2-3. Such answers are inconsistent and inaccurate.

Accordingly, Plaintiff's disclosure statement, Doc. 24, is **stricken**. Plaintiff shall carefully and properly complete and file a disclosure statement pursuant to Local Rule 3.03 on or before **June 30, 2025**.

**DONE AND ORDERED** in Jacksonville, Florida, on June 23, 2025.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record